**Midland Automobile Company, appellee, v. Sunbeam Chemical Company, appellant. Gen. No. 24,738.**

Action to recover on contract for use of fixtures and elevator, on assignment of lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph P. Rafferty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

H. G. Colson, for appellant. W. Knox Haynes and Michael Feinberg, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Felicie M. Modjeski, appellee, v. Ralph Modjeski, appellant. Gen. No. 24,748.**

Suit by wife for separate maintenance. Decree for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Scott, Bancroft, Martin & Stephens, for appellant; Frank H. Scott, of counsel. Alden, Latham & Young, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Hedwig Bieschke, appellee, v. Chicago Railways Company et al., on appeal of Chicago Record Herald Company, appellant. Gen. No. 24,754.**

**Hedwig Bieschke, appellee, v. Chicago Railways Company et al., on appeal of Chicago Railways Company, appellant. Gen. No. 24,755.**

Action by street car passenger to recover for personal injuries sustained on alighting from car, by being struck by truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Mayer, Meyer, Austrian & Platt, for appellant, Chicago Record Herald Co. Harry P. Weber, George W. Miller and Arthur J. Donovan, for appellant, Chicago Railways Co.; John R. Guilliams and Thomas J. Symmes, of counsel. Lawton & Peterson and Joseph G. Sheldon, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.